IN THE UNITE STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____ FILED _____ ENTERED
_____ LOGGED _____ RECEIVED

JUN 0 3 2013

AT BALTIMORE
CLERK, U.S. DISTRICT COURT
DISTRICT OF MARYLAND

BY _____ DEPUTY

| | |
|---|---|
| DEAN ALEXANDER BLACKWOOD ) | |
| Petitioner ) | |
| ) | Case No. RDB-09-0135 |
| v. ) | Civil No. 12-5647 |
| ) | MOTION FOR DEFAULT JUDGMENT AGAINST |
| ) | THE UNITED STATES UNDER RCivP 55 2(d) |
| UNITED STATES ) | |
| Respondent ) | |

COMES NOW  Petitioner, Dean Alexander Blackwood, Surety, in propria persona, is seeking a Setting Aside a Default or a Default judgment against the United States for an illegal sentence in the above mention Case.

This Motion is supported by sworn affidavit and a certificate of good faith as pro-se counsel that my affidavit and this motion are made in good faith.

Respectfully submitted this 31th day of May , 2013.

5/31/13
DATE

"Without Prejudice" UCC 1-308

DEAN ALEXANDER BLACKWOOD

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of this Motion, sworn affidavit, and certificate as counsel of good faith submission, were place in the public's mailbox to the following parties on May 31, 2013:

Mushtaq Gunja, Esq.
Assistant United States Attorney
4th Floor
36 Charles Street
Baltimore, Maryland 21201

"Without Prejudice" UCC 1-308

Dean Alexander Blackwood

## AFFIDAVIT OF DEAN A. BLACKWOOD

I, Dean Alexander, a member of the Blackwood family, am the Executor for the Debtor DEAN A. BLACKWOOD. I am competent to make the following declarations:

BLACKWOOD had filed in the SUPREME COURT OF THE UNITED STATES a Motion for Writ of Certiorari to review BLACKWOOD's illegal sentence and to remand or set-aside. Case No. RDB-09-0135. CONSTITUTIONAL AND STATUTORY PROVISIONS INVOLVED AND VIOLATED BEFORE THE ABDUCTION AND DURING THE ADJUDICATION of the subject matter within the realm. Civil No. 12-5647, BLACKWOOD challenges the unconstitutional disposition judgment by the UNITED STATES DISTRICT COURT/BALTIMORE in the above Conviction. BLACKWOOD advocated that his Constitution rights were violated by agents/officers of the UNITED STATES GOVERNMENT. The SUPREME COURT OF THE UNITED STATES seeks a responds from the UNITED STATES DEPARTMENT OF JUSTICE on or about August 2010. The Government default by waives its right to file a response. On August 10, 2012, the Government written a letter to the SUPREME COURT OF THE UNITED STATES waving its right to plead or otherwise defend. RULES OF CIVIL PROCEDURE, Rule 55(a) ; Default Judgment, **Entering a Default. When a party against who a judgment for affirmative relief is sought has failed to plead or otherwise defend and that failure is shown by affidavit or otherwise, the clerk must enter the party's default.** Rule 55 D(c)(d) under this rule, Dean Alexander, a member of the Blackwood family and Executor for the Debtor DEAN A. BLACKWOOD declare that the UNITED STATES is hereby Default in Case No. RDB-09-0135; Civil No. 12-5647.

**I, DEAN A. BLACKWOOD, DO SOLEMNLY** declare and affirm, under the penalties of perjury, that the contents of the foregoing affidavit are true and accurate to the best of my information, knowledge and belief.

05/31/2013
DATE

"Without Prejudice" UCC 1-308

DEAN A. BLACKWOOD

## IN THE SUPREME COURT OF THE UNITED STATES

BLACKWOOD, DEAN

    Petitioner

vs.                                                      No: 12-5647

USA

### WAIVER

The Government hereby waives its right to file a response to the petition in this case, unless requested to do so by the Court.

DONALD B. VERRILLI, JR.
Solicitor General
Counsel of Record

August 10, 2012

cc:

    DEAN ALEXANDER BLACKWOOD
    FED. REG. 43996-037
    FCI SATELLITE CAMP, BECKLEY
    PO BOX 350
    BEAVER, WV 25813

Dean A. Blackwood
3501 Hamilton Street
Suite 205
Hyattsville, MD 20782



UNITED STATES DISTRICT COURT, DISTRICT OF
MARYLAND/BLATIMORE
Garmanz Federal District Courthouse
101 W. Lombard Street
Baltimore, MD 21201

2120126291S